IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 18-00071-CG-B |
| ) | |
| POLLMAN'S BAKE SHOP, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Order entered this date approving the parties' Settlement Agreement and Petition for Approval of Court under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), it is **ORDERED, ADJUDGED, AND DECREED** that this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 10th day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE